UNITED STATES of America,
Plaintiff–Appellee,

v.

Darryl PATTERSON, a/k/a Sld Dft
3:99–165–10, Defendant–
Appellant.

No. 15–7119.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 23, 2015.

Darryl Patterson, Appellant Pro Se. John George Guise, Maria Kathleen Vento, Office of the United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Patterson appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Patterson,* No. 3:99–cr–00165–FDW–10 (W.D.N.C. July 1, 2015). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*